1  LAWRENCE J. GORNICK (SBN 136290)
   EMILY M. CHARLEY (SBN 238542)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   One Bush Street, 14th Floor
3  San Francisco, CA  94104
   Telephone:  415-646-7160
4  Facsimile:  415-981-1270

5

6  Attorneys for Plaintiff

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 ALLEGRA WEAVER,                          No. C 06 1556 PJH

               Plaintiff,                    Before the Honorable Phyllis J. Hamilton
12
          vs.                                [PROPOSED] ORDER VACATING
13                                           AND/OR CONTINUING CASE
   ELI LILLY AND COMPANY,                    MANAGEMENT CONFERENCE
14
               Defendant.                    Conference Date:    July 27, 2006
15                                           Conference Time:    2:30 p.m.
                                             Location:           Courtroom 3, 17th Floor
16

17        For the reasons set forth in Plaintiff and Defendant's Joint Case Management Conference

18 Statement, the Court hereby continues the July 27, 2006 Case Management Conference ("CMC") to

19 _November 30, 2006_, at _2:30 p.m._.  In the event the case is not transferred to the Honorable

20 Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in

21 advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 calendar days

22 before the CMC, pursuant to this Court's Standing Order.

23
          **IT IS SO ORDERED.**
24
   DATED:      7/24/06
25                                           _____
                                             Honorable
26                                           United S

27

28

                              – 3 –
                          [Proposed] Order